IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMUEL ANDERSON,

    Plaintiff,

vs.

J. SOTO, et al.,

    Defendants.

No. C 13-02673 YGR (PR)

**ORDER OF TRANSFER**

This action was opened on June 11, 2013, when the Court received from Inmate Samuel Anderson a motion entitled, "Motion for Physical Access to Prison's Law Library," that concerned prison conditions.

On the same date, the Clerk of the Court notified Plaintiff in writing that his action was deficient in that had not submitted an *in forma pauperis* application. The Clerk further notified him that this action would be dismissed he if did not submit a completed *in forma pauperis* application within twenty-eight days.

Further review of Plaintiff's case reveals that, in addition to failing to submit the proper documents, he has also initiated his civil action in the wrong judicial district. Plaintiff's letter states that he is currently incarcerated at California State Prison - Los Angeles County (LAC) in Lancaster, California. He alleges that the prison staff at LAC have denied him access to the law library. (June 11, 2013 Letter at 1.)

LAC is located in the Central District of California, and it appears that Defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Western Division of the United States District Court for the Central District of California. The Clerk shall transfer the case forthwith.

1  If he wishes to further pursue this action, Plaintiff must complete the complaint form and *in*
2  *forma pauperis* application required by the Western Division of the United States District Court for
3  the Central District of California and mail them to that district.
4  All remaining motions are TERMINATED on this Court's docket as no longer pending in
5  this district.
6  IT IS SO ORDERED.
7  DATED: Jun 24, 2013

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**